Theodore Singleton Theodore Singleton Theodore Singleton  Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton Theodore Singleton